UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| **MICHAEL ANTHONY THOMAS,** | ) | |
| Debtor. | ) | CASE NO: 21-57126-PMB |
| ------------------------------ | )-------------------------- | |
| **MICHAEL ANTHONY THOMAS,** | ) | |
| Movant, | ) | |
| vs. | ) | CONTESTED MATTER |
| **AMERICREDIT FINANCIAL** | ) | |
| **SERVICES, INC. DBA GM** | ) | |
| **FINANCIAL,** | ) | |
| Respondent. | ) | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that *Michael Anthony Thomas* has filed an *"Objection to Claim of Americredit Financial Services, Inc. dba GM Financial"* (hereinafter "Objection") and related papers with the Court seeking an Order *disallowing the claim in its entirety.*

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the *Objection to Claim Americredit Financial Services, Inc. dba GM Financial* at the following number: (toll-free number) **833-568-8864;** meeting id **161 706 9079** at **10:15 a.m.** on **December 1, 2022,** in Courtroom **1202,** United States Court House, 75 Ted Turner Drive, SW, Atlanta, GA 30303.

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two

business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303.  You must also mail a copy of your response to the undersigned at the address stated below.

Dated:  October 25, 2022				By:

						   /s/_____
						Michael R. Rethinger
						Counsel for Movant
						Georgia Bar Number 301215

Law Offices of Michael R. Rethinger, LLC
1028 Edgewood Avenue NE
Atlanta, GA 30307
(770) 922-0066
michael@rethingerlaw.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| MICHAEL ANTHONY THOMAS, | ) | |
|     Debtor. | ) | CASE NO: 21-57126-PMB |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | ) - - - - - - - - - - - - - - - - - - - - - - - - - - - - | |
| MICHAEL ANTHONY THOMAS, | ) | |
|     Movant, | ) | |
| vs. | ) | CONTESTED MATTER |
| AMERICREDIT FINANCIAL | ) | |
| SERVICES, INC. DBA GM | ) | |
| FINANCIAL, | ) | |
|     Respondent. | ) | |

**OBJECTION TO CLAIM OF AMERICREDIT FINANCIAL SERVICES, INC.**
**D/B/A GM FINANCIAL (CLAIM NUMBER 1-1)**

**COMES NOW**, the above-referenced Debtor, and files this Objection to Claim of Americredit Financial Services, Inc. dba GM Financial (hereinafter "Respondent"), and in support herein shows the Court the following:

1.

The above styled bankruptcy case was commenced by the filing of a voluntary Chapter 13 petition in this Court on September 23, 2021.

2.

As originally filed, the case was a joint case with spouse Margaret Quinones.

3.

On September 9, 2022, a Motion to Sever the case (Docket No. 37) was filed with the court. On October 20, 2022, an Order was entered on the docket (Docket Number 43) severing the case and assigned a new case number to Margaret Quinones (Case Number 22-58535-PMB).

4.

Respondent filed a claim in this case on September 29, 2021 (Claim Number 1-1) in the sum of $11,693.09.

5.

According to the filed claim, only the debtor wife, Margaret Quinones, is liable on the debt owing to Respondent.  Debtor husband contends he has no liability for the debt to Respondent.  As such, this is no longer a proper claim to be funded in Michael Thomas's chapter 13 case.

**WHEREFORE**, Debtor prays that the Court inquire into the above objection to the Claim, disallow said claim in its entirety, and provide for any other such relief as this Honorable Court deems fair and equitable.

**WHEREFORE**, based on the foregoing, the Respondent's Claim should be disallowed in its entirety.

This the 25th day of October 2022

By:

___/S/_____
Michael R. Rethinger
Georgia Bar Number 301215
Attorney for Debtor

Law Offices of Michael R. Rethinger, LLC
1028 Edgewood Avenue NE
Atlanta, GA 30307
(770) 922-0066
michael@rethingerlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on the **25th day of October, 2022**, I electronically filed the foregoing **Objection to Claim of Americredit Financial Services, Inc. dba GM Financial (Claim No. 1-1)"and "Notice of Hearing** with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

Americredit Financial Services, Inc. dba GM Financial
Attn: Mandy Youngblood
P.O. Box 183853
Arlington, TX 76096

Michael Anthony Thomas
3045 Millpine Ct.
Buford, GA 30519

Margaret Quinones
2220 Executive Dr
Duluth, GA 30096

Margaret Quinones
c/o Christopher J. Sleeper
Jeff Field & Associates
342 North Clarendon Avenue
Scottdale, GA 30079

Melissa J. Davey, Chapter 13 Trustee
Suite 2250
233 Peachtree Street NE
Atlanta, GA 30303

Dated:  October 25, 2022      By:

                /s/_____
                Michael R. Rethinger